UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Waymon Odell Chavis, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Carolyn W. Colvin, | ) | No. 5:14-CV-187-BO |
| *Acting Commissioner of Social Security*, | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 28] is DENIED and defendant's motion for judgment on the pleadings [DE 31] is GRANTED. The decision of the Commissioner is AFFIRMED.

This case is closed.

**This judgment filed and entered on May 26, 2015, and served on:**

Steven Neal Camak (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)
Gabriel R. Deadwyler (via CM/ECF Notice of Electronic Filing)

May 26, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk